1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SIATUA MASALOA, | ) |
| | ) |
| Plaintiff, | ) Case No. C11-5314 JRC |
| v. | ) |
| | ) **ORDER GRANTING APPLICATION** |
| MICHAEL J. ASTRUE, Commissioner of the | ) **TO PROCEED IN FORMA PAUPERIS** |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

13   Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff

14 does not appear to have funds available to afford the $350.00 filing fee.

15   The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper

16 service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and**

17 **plaintiff's attorney to properly serve copies of the complaint along with appropriate**

18 **summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

19   DATED this 27th day of April, 2011.

20
21
         J. Richard Creatura
22        United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1